Exhibit "A"

Exhibit "A"

Form 2930-1
(August 2007)
(Formerly 8370-1)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

**SPECIAL RECREATION APPLICATION AND PERMIT**

(43 U.S.C 1201; 43 U.S.C. 1701; 16 U.S.C. 460 L-6(a); and 43 CFR Group 2930)

FORM APPROVED
OMB NO. 1004-0119
Expires: August 31, 2010

Permit No.

NVW03500-11-01

Instructions: Complete Items 1 through 18, and return to appropriate Bureau of Land Management (BLM) Office. *(Use additional sheets, if necessary.)*

Type or Print Plainly in Ink

**WHEN SIGNED BY AUTHORIZED BLM OFFICIAL, THIS PERMIT AUTHORIZES**

1. ☒ New Application   ☐ Renewal of Existing Permit

2. Name of Business or Organization   Black Rock City, LLC

3. Your Name   William R. Peterson

4. E-mail address *(optional)*   mrklean@burningman.com

5. Social Security Number or Taxpayer Identification Number 104363235

6. Address *(include zip code)*
3450 3rd St., Bldg 2a
San Francisco, CA 94124

7. Phone No. *(include area code)*
415-865-3800

8. Fax No. *(include area code)*
415-865-3820

9. Applicant is: ☐ Sole Proprietor   ☐ Partnership   ☒ Corporation   ☐ Individual
*(If corporation, attach copy of Articles of Incorporation and Certificate unless already on file.)*

10. Name(s) and phone number(s) *(include area code(s))* of person(s) authorized to conduct business with BLM concerning the permit.
William R Peterson 415-865-3800
Marian Goodell 415-865-3800

11. Application is for *(check all that apply)* : ☒ Commercial   ☐ Competitive Event   ☐ Organized Groups   ☐ Vending   ☐ Individual

12. To use the following public lands/related waters *(provide name, legal description and/or attach map).*
See Operating Plan

13. For the following purpose *(provide full description of activity or event including number of anticipated participants and spectators).*
See Operating Plan

14. Dates of proposed use:  Beginning Date: See Operating Plan            Ending Date: See Operating Plan
OR Leave the above dates blank if applying for renewal of multi-year permit.

15. Describe facilities including water and sanitation facilities you intend to provide, attach operations plans, location maps, and insurance certificate prepayment. *(Include your name on each document.)*   See Operating Plan

16. Attach the following documents:  Operations Plan, Maps, Certificate of Insurance,  Prepayment of Fees, and other documents requested by BLM.
*(Include your name on each  document):*
Forthcoming

17.  Do you have a permit with BLM/USFS?  ☐ Yes   ☒ No   If so, where?

17a. Have you had a permit previously?  ☒ Yes   ☐ No   If so, where? Black Rock Desert National Conservation Area

17b. Have you ever been denied or had a permit revoked?  ☐ Yes   ☒ No   If so, where?

17c. Have you forfeited a bond or other security?  ☐ Yes   ☒ No   If so, where?

17d. Are there any  pending investigations against you?  ☐ Yes   ☒ No   If so, where?

17e. Have you been convicted of violations regarding natural resources, cultural resources or any activity related to your proposed permit?
☐ Yes   ☒ No   If so, where?

(Continued on page 2)

## APPLICATION REQUIREMENTS
*(The conditions and stipulations required by the Bureau of Land Management (BLM) are checked below)*

The following must be submitted before an application is approved and a permit issued. This information must be submitted within _____ days after the date of application:

☑ a. A topographic map, showing area of proposed use with routes, parking, staging areas, proposed improvements, and other points of intensive use specifically identified. U.S. Geological Survey (USGS) topographic quadrangle maps are available from USGS offices and from numerous private concerns. *Planning unit maps* are also available at most BLM District Offices to help determine land ownership patterns.

☑ b. Applicant must inform other pertinent private landowners and/or public agencies *(law enforcement, highway, fish and game, etc.)*. BLM will contact other authorized users of authorized users of public lands, etc.

☑ c. A certificate from an insurer that comprehensive insurance has been obtained for this use or event in the amount specified by the BLM. The certificate must name the U.S. Government as additional insured, and give the BLM 30 days notice of cancellation or modification of such insurance.

☑ d. An acceptable bond, surety, cash deposit, or other acceptable guarantee of payment in amount of $ 10,000 _____ to secure payment of the special recreation use fee and/or mitigation of damages.

## PERMITS SUBJECT TO THE FOLLOWING CONDITIONS:
*(The conditions and stipulations required by the BLM are checked below.)*

☑ 1. This permit is issued for the period specified. It is revocable for any breach of conditions or at the discretion of the BLM, at any time upon notice. This permit is subject to valid adverse claims heretofore or hereafter acquired.

☑ 2. This permit is subject to all applicable provisions of the regulations (43 CFR Group 2930).

☑ 3. This permit is subject to the provisions of Executive Order No. 11246 of September 24, 1965, as amended, which sets forth the Equal Opportunity clauses. A copy of this order may be obtained from the BLM.

☑ 4. This permit may not be reassigned or transferred by permittee.

☑ 5. Permittee must pay the sum of estimated user fees in advance of permit issuance. Adjustments to use fee charges will be based on actual use reported on the Post Use Report.

☑ 6. Permittee must observe all Federal, State, and local laws and regulations applicable to the premises; to erection or maintenance of signs or advertising displays including the regulations for the protection of game birds and animals, and must keep the premises in a neat, orderly manner, and sanitary condition.

☑ 7. Permittee must take all reasonable precautions to prevent and suppress forest, brush, and grass fires, and to prevent polluting of waters on or in vicinity of the public lands.

☑ 8. Permittee must not enclose roads or trails commonly in public use.

☑ 9. Permittee must pay the United States for any damage to its property resulting from this use.

☑ 10. Permittee must notify the BLM of address change immediately.

☑ 11. Permittee must not cut any timber on the public lands without prior written permission from the BLM.

☑ 12. Permittee must indemnify, defend, and hold harmless the United States and/or its agencies and representatives against and from any and all demands, claims, or liabilities of every nature whatsoever, including, but not limited to, damages to property, injuries to or death of persons, arising directly or indirectly from, or in any way connected with the permittee's use and occupancy of the public lands described in this permit or with the event authorized under this permit.R

☑ 13. Representatives of the Department of the Interior, other Federal agencies, and game wardens must at all times, have the right to enter the premises on official business.

☑ 14. Permittee must abide by all special stipulations attached.

☑ 15. Permittee must not disturb archeological and historical values, including, but not limited to, petroglyphs, ruins, historic buildings, and artifacts.

☑ 16. Permittee must leave in place any hidden cultural values uncovered through authorized operations.

Certification of Information: I CERTIFY the information in this application is true, complete, and correct to the best of my knowledge and belief and is given in good faith. I acknowledge that I (we) am (are) required to comply with any conditions or stipulations that are required by the BLM when the permit is issued.

_____BRC-LLC_____   12/2/10
(Signature of Applicant)   (Date)

Title 18 U.S.C. Section 1001 and Title 43 U.S.C. Section 1212 make it a crime for any person knowingly and willfully to make to any department or agency of the United States any false, fictitious, or fraudulent statements or representations as to any matter within its jurisdiction.

Special Recreation Permit No. _____ is: ☐ Commercial  ☐ Competitive Event  ☐ Organized Groups  ☐ Vending  ☐ Individual
This application is hereby approved subject to the conditions and special stipulations on reverse and any attachments.

_____Orlando Mendez_____   3/30/11
(Signature of BLM)   (Date)

PERMITTEE MUST HAVE THIS PERMIT *(OR LEGIBLE COPY)* IN POSSESSION DURING USE IN PERMITTED AREAS.

(Continued on page 3)   (Form 2930-1, page 2)

# BURNING MAN 2011
# SPECIAL RECREATION PERMIT STIPULATIONS



# TABLE OF CONTENTS

**PERMIT ADMINISTRATION** ............................................................................. **1**

   GENERAL ............................................................................................... 1

   COORDINATION ..................................................................................... 3

**FEE SCHEDULE** ............................................................................................... **5**

**COMPLIANCE INSPECTIONS** ........................................................................ **5**

**PERMITTEE ACCEPTANCE** ........................................................................... **6**

## PERMIT ADMINISTRATION

**In addition to the 16 conditions and stipulations listed on the back of the Special Recreation Permit Form 2930-1, the following Special Stipulations apply to the 2011 Burning Man Event.**

## GENERAL

1. Black Rock City, LLC (BRC) is required to manage its advance ticket sales and on-site ticket sales in such a manner that the safety infrastructural resources of the event, which are designed to handle an average of 50,000 participants per day for the eight-day event, are not overtaxed, and that NEPA concerns from the 2006 Environmental Assessment are not compromised. If during the event it appears that the peak population is likely to exceed BRC's ability to provide adequate infrastructural resources, then BRC will promptly notify BLM of the projected event population and provide detailed contingency plans for how to handle the additional participants. BRC shall provide the Bureau of Land Management (BLM) with the number of participants within the event site at noon each day according to an agreed upon reporting standard with BLM during the period of site occupancy (August 8th through September 19th). For historical purposes and press inquiries, BRC shall also provide BLM with the recorded peak population for the entire event. BLM can request population data any time during the event. BRC shall also provide BLM with detailed information of the number of staff and participants on the event site for the August 8th through September 19th period within 60 days after the event. This information shall include daily counts for the non-event period.

2. These stipulations incorporate, by reference, additional procedures, guidelines and actions identified in the Burning Man Annual Operating Plan (2011 Revision). If there is a conflict between the Operating Plan and the stipulations listed below and attached to the permit, the stipulations shall control. BRC shall provide a copy of their current Operations Plan to BLM before the permit for the 2011 event will be issued.

3. The location of the 2011 Burning Man Event is limited to the public closure area, as shown on the attached map, with ingress and egress from the 8-Mile or Event playa entrance. The specific location of the event site will be identified by BRC and approved by BLM prior to the commencement of event construction.

4. The event period is the eight-day period that begins on August 29th and ends on Labor Day, September 5th 2011. Pre-event surveys and site layout can begin on Monday, August 1st. Site occupancy including construction of facilities and structures may occur no earlier than 21 days prior to the event, August 8th. Takedown and removal of all above ground material (items that could pose a hazard to other playa users) will be completed no later than 14 days after the event, September 19th. The final phase of cleanup and restoration will be completed no later than one month after the event, October 5th. Minor adjustments to post event cleanup deadlines may be granted by the authorizing officer due to unforeseen weather conditions.

5. Upon advance notice to the permittee, the BLM reserves the right to alter the terms, conditions, and stipulations of the permit for significant changes in BLM policy or administrative procedure, to prevent use conflicts, prevent resource damage, or protect public safety as provided in 43 CFR 2932.56.

6. The permittee shall post a copy of the Special Recreation Permit (Form 2930-1); these permit stipulations and the Federal Register Closure and Restriction Orders in prominent view at Center Camp Playa Info where cooperators and participants have an opportunity to read them. Additionally the documents referenced above shall also be available for participants and staff on the Burning Man website within 15 days of the permit being issued.

7. Violation of the permit terms, conditions and stipulations may be subject to penalties prescribed in 43 CFR 2930. Additionally, such violations may result in permit revocation, suspension, or probation. Violations may also be cause for the BLM to deny approval of a subsequent Permit or Operating Authorization (43 CFR Part 2932).

8. BRC shall provide a member of its Board, or an authorized representative, around the clock during the event who is authorized to represent and act on its behalf to coordinate as needed with BLM, law enforcement and other event cooperators on issues requiring action.

9. BRC personnel shall meet with BLM staff and representatives from the various cooperators daily at 3:15 p.m. and at such other times and places as needed. At these meetings BRC shall provide daily attendance figures and exchange other information necessary to allow all parties to effectively administer and assess daily the event.

10. Commercial activities are prohibited within BRC, unless specifically authorized in advance by BLM and BRC. BRC will inform BLM representatives of unauthorized commercial operations discovered at the event and the corrective actions being implemented within a reasonable time of learning about the activities. This includes but is not limited to commercial film production, photography, food services or other independent commercial ventures not affiliated with BRC.

11. BRC shall cooperate with BLM or other law enforcement agencies in evaluating any request to remove individuals from the event as provided in 43 CFR 2932.57(a)7. At the request of a designated official of BLM, BRC shall conduct a prompt, independent evaluation of eviction requests.

12. BRC shall comply with all applicable supplemental regulations as promulgated in the Closure Orders published in the Federal Register prior to the 2011 event.

13. In addition to Stipulation # 15 on the back of Form 2930-1:
    a. All participants and support staff will be informed that collection, excavation or vandalism of historical and archaeological artifacts or sites is illegal on public land. The BLM shall be notified immediately upon discovery of archaeological artifacts (objects greater than 50 years old) or human remains.
    b. BRC shall comply with 43 CFR 7.18 and shall not make available to the public any information concerning the nature and location of any archaeological resource.
    c. Should BRC discover an archaeological resource it must stop all activities in the discovery vicinity and protect the site until event completion or until notified otherwise by the authorized officer.

14. BRC will provide the appropriate identification to authorized personnel (i.e. staff ID, decals, designated camping areas, etc.) and will inform BLM of the nature and appearance of such identification prior to the event.

## COORDINATION

15. Meetings required with affected parties:
    a. The permittee shall confer with the following entities prior to the event to address local issues and concerns: Washoe County Sheriff's Office, Nevada Department of Transportation, Federal Aviation Administration, Washoe County Public Works, Humboldt County Roads Department and the Gerlach Volunteer Fire Department.
    b. A representative from BRC will meet with representatives from BLM prior to the event to coordinate logistics for operation of the communication compound.
    c. BRC shall meet with the Pyramid Lake Paiute Tribe to address concerns and impacts to Tribal reservation resources anticipated from the Burning Man event.

16. BRC shall complete formal agreements with all affected parties e.g. Pershing County Sheriff's Department, Washoe County Sheriff's Department, Nevada Department of Public Safety-Investigations Division, Nevada Highway Patrol, and Nevada Department of Health and Human Safety for the purpose of addressing concerns and impacts associated with social services e.g. law enforcement and emergency medical services and physical infrastructure e.g. transportation systems and human waste disposal. Written evidence of these agreements showing compliance with this stipulation must be provided to BLM by BRC 60 days prior to the start of the event.

17. BRC will develop and implement a plan to address exposing minors to adult activities at the event. The plan should include measures such as educating and requiring parents/guardians to supervise their children, zoning the city, and making every effort to educate adult related theme camps about the need for having a gatekeeper during hours when the camp might not be suitable for minors. BRC will make a diligent effort to enforce actions identified in the plan. A copy of the plan shall be provided to BLM and the Pershing County Sheriffs' Department within 10 days of the issuance of the permit.

18. BRC LLC shall allow any tow truck, licensed to operate in the State of Nevada, access to the event for the purpose of removing vehicles in need of repair, and/or to carry out minor repairs to allow inoperable vehicles to be driven away from the event. Such minor repairs include replacing hoses and drive belts, or the repair or replacement of tires. Within 10 days of the issuance of the permit, BRC LLC shall contact local tow companies known to respond to this event, including those in Gerlach, and Fernley, Nevada, and advise them of the process to enter the event without delay in order to respond to calls for service.

19. BRC shall develop and cooperate in the implementation of contingency plans for operations of critical health and safety services under adverse conditions, including those that could cause cancellation or temporary suspension of the event. Causes could include adverse weather, natural or human caused disaster, or social unrest. This effort shall apply to participants within the event area and en route to and leaving the event.
    a. Prior to the event
       i. Emergency information shall be disseminated to participants by the Burning Man Website, and the Burning Man Survival Guide, and, if appropriate, other media.
    b. During the Event
       i. Should event cancellation be necessary, critical health and safety systems must be as operational as reasonably possible during the duration of any temporary suspension or until participants are able to leave the event site and the Gerlach/Empire area.

ii. BRC and BLM will monitor forecast weather conditions. If weather forecasts suggest a high probability of adverse weather conditions that may result in disruptions to the event, both parties in conjunction with other appropriate agencies and cooperators will develop appropriate strategies and actions to deal with potential impacts on participants. In the event of natural disaster or civil unrest appropriate strategies and actions will be initiated immediately after any disaster or unrest occurs.

iii. BRC shall cooperate with BLM and county law enforcement to warn participants headed into the event of event closure or other restrictions.

iv. BRC shall provide participants with current and projected conditions, allowed and prohibited actions deemed necessary for public health and safety as well as protection of the environment, and other appropriate public service announcements via BMIR, flyers, or loud speaker broadcasts as needed.

v. If event termination is required, appropriate time frame would be established by BLM Incident Command in consultation with BRC and other cooperators to facilitate safe removal of people and property.

20. In cooperation with emergency services providers and law enforcement agencies, appropriate parties or their designated representatives shall, within a reasonable time after learning of them, notify each other of all accidents related to the event that occur before, during, and after the event, that result in death or personal injury requiring hospitalization. Accident reports involving death or injury will be coordinated with the Pershing County Sheriff's Office and BLM.

21. The medical contractor shall report daily to BLM and Pershing County (during the cooperators meeting), providing a numerical breakdown of patient categories and transports, including a breakdown of reasons for transport; and no later than 60 days after the event shall provide a written final statistical report of such medical cases to BLM.

22. As soon as reasonably possible, upon learning of any incident that occurs before, during or after the event that could possibly result in a liability claim, BRC shall confer with BLM and as deemed necessary by either party, will submit a written incident report to BLM.

23. BRC shall provide a minimum of two structural/brush-type fire engines, National Wildfire Coordinating Group (NWCG) type 3-6. Engines and staff must meet NWCG or NWSA (National Wildfire Suppression Association) standards for personnel and equipment. These fire engines will be strategically placed within BRC as determined necessary by the BRC fire contractor.

24. Reflective of community concerns regarding litter disposal along roads after the event, BRC shall provide a minimum of two post-event roadside crews to clean up litter and debris along the roads and highways surrounding the event with a focus on County Road 34 from the "8-Mile" entrance to State Road (SR) 447, SR 447 from the intersection with County Road 34 to Wadsworth, from Gerlach to the California state line, and SR 446 from Nixon to SR 445 near Sutcliffe. Weather, traffic and other safety concerns permitting, BRC will make every effort to begin this cleanup effort on Wednesday post-event, and complete the effort as soon as feasibly possible. BRC representatives will also meet and confer with local entities that have reported concerns about event participants leaving trash, and BRC will work to mitigate these issues in order to prevent a reoccurrence of complaints, and to promote Leave No Trace ethics outside of the event.

## FEE SCHEDULE

25. Commercial Use Fees

BLM shall collect a fee from BRC for the use of public lands for the event. The fee, as set by regulation 43 CFR 2930, will be equal to 3% of the adjusted gross income derived from the use authorized under the SRP. Payment equal to at least 25% of the estimated commercial use fees (3% of estimated gross receipts) must be received prior to the start of the event.

Determination of gross income will be based on the following:
a. Ticket Sales
b. Coffee and Ice Sales
c. Other private donations received by BRC for management of the event on public lands.

The following schedule for payments will be used:

| Payment | Due Date | Amount Due |
|---------|----------|------------|
| #1 | 10 days after permit is issued by BLM | 25% of estimated commercial use fees |
| #2 | January 31st, 2012 | The remaining balance of commercial use fees |

26. Cost Recovery Payment

Black Rock City LLC is responsible for payment of the actual costs of administering the Special Recreation Permit, including all direct and indirect costs, in addition to the commercial use fees. In order to initiate BLM planning for the event, a payment of $10,000 was received in December 2010. A Cost Recovery Agreement must be in place within 10 days of the issuance of the permit. 100% of the cost recovery fee estimate shall be received prior to the start of the event as provided for in the Cost Recovery Agreement.

## COMPLIANCE INSPECTIONS

27. BRC operation and compliance with the terms, conditions and stipulations of the permit will be evaluated through performance inspections before, during and following the event.

28. BRC shall make personnel available immediately after the end of the post-event cleanup period and, if deemed appropriate by BLM, during the spring following the event, to inspect the site with BLM to determine any latent adverse impacts, such as pit depressions, bumps, depressions from roadways, ruts from vehicular traffic, or surfacing buried materials, to ensure that the site is in pre-event condition.

29. Inspections of the event site in the fall after the event, will be coordinated by BLM using randomly placed transects on the site and a measurable cleaning standard. The inspecting party will intensively collect debris found on the ground within each transect. A follow-up spring inspection will be conducted only when deemed necessary by BLM. Post-Event Cleanup Standard: The average total surface area of debris collected from either the fall or spring transects will not exceed the equivalent of 1 square foot per acre from any inspection area.

（Case 3:12-cv-00435-HDM-VPC   Document 1-1   Filed 08/16/12   Page 11 of 11）

30. An extension for the completion of the cleanup will be considered if weather or some other catastrophic event interferes with access to the site for cleanup purposes. The permittee shall make a written request to the authorized officer immediately upon such an occurrence.

31. If cleanup studies indicate the cleanup standard has been or is likely to be exceeded, the permit will be suspended until the site has been cleaned up to a level not to exceed 50% of the standard and the operations plan includes reasonable measures to assure that the cleanup standard will not be exceeded during the life of the permit.

## PERMITTEE ACCEPTANCE

I have read the special stipulations and certify that all event related operations shall be conducted in accordance with the above listed stipulations as well as the 16 terms and conditions listed on the back of the permit form 2930-1 and applicable items in the Closure Orders published in the Federal Register. I understand that a violation of any term, condition, or stipulation may result in the cancellation of the Special Recreation Permit authorization. I acknowledge that this authorization may be amended only in writing by the authorized BLM officer.

Permittee Signature  _____

Authorized Officer BRC                          Date