Exhibit "S"

Exhibit "S"



# PERSHING COUNTY DISTRICT ATTORNEY'S OFFICE
## FAX TRANSMITTAL FORM

SENT TO: _Ray Allen_

FAX NO.: _415 - 865 - 3820_

DATE: _6/5/12_

RE: _District Attorney V. County Commissioners_

NUMBER OF PAGES: _4_ including cover page

SENDER:

| | |
|---|---|
| _____ | Jim C. Shirley, District Attorney |
| _____ | R. Bryce Shields, Deputy District Attorney |
| X | Kristine Beck, Administrative Clerk II |
| _____ | Lisa Pruitt, Administrative Clerk II |
| _____ | Markus Heimbruch, DA Investigator |
| _____ | Cheryl Robinson, Administrative Clerk I |

## ORIGINAL COPY HAS BEEN SENT TO YOU BY:

_____ U.S. MAIL          _____ EXPRESS MAIL          _X_ NOT SENT

CONFIDENTIALITY NOTICE: The document(s) accompanying this fax may contain confidential information which is legally privileged. The information is intended only for the use of the named recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information, except its direct delivery to the intended recipient, is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone to arrange for return of the documents to us.

Jim C. Shirley
District Attorney
P.O. Box 299
Lovelock, NV 89419
(775) 273-2613
(775) 273-7058 fax

**FILED**

2012 MAY 24 PM 12: 58

1    IN THE SIXTH JUDICIAL DISTRICT COURT
                                                    LACEY DONALDSON
2    IN AND FOR PERSHING COUNTY, STATE OF NEVADA DISTRICT COURT CLERK

3    JIM SHIRLEY,                              )    No.    CV 12-11321
          In His Capacity as District Attorney )
4               Petitioner,                    )
                                               )
5               vs.                            )
                                               )
6    THE PERSHING COUNTY BOARD OF              )
     OF COMMISSIONERS, PAT IRWIN               )
7    CAROL SHANK, AND DARIN BLOYED             )
     IN THEIR OFFICIAL CAPACITY AS             )
8    COUNTY COMMISSIONERS,                     )
                Respondents,                   )
9    _____)

10   <u>JUDGMENT GRANTING PETITION FOR WRIT OF CERTIORARI, MANDAMUS, AND/OR
                                 PROHIBITION</u>

11

12       The above entitled matter came before the Court on the Stipulation filed by the

13   Board of Pershing County Commissioners and the other Respondents individually in their

14   official capacity as Pershing County Commissioners. The parties waived a hearing on

15   the matter. The Court, having reviewed the Petition for Writ of Certiorari, Mandamus,

16   and/or Prohibition filed by the Pershing County District Attorney and the Stipulation,

17   does hereby grant the Petition based upon the record before it and does hereby order

18   as follows:

19       1.    The Pershing County Board of Commissioners shall notify Black Rock City,

20   LLC, in writing that Black Rock City, LLC must file an application in accordance with

21   NRS 244.3543 to hold the Burning Man Event in Pershing County in 2012;

22

23       2.    The Pershing County Board of Commissioners shall provide the Court with

24   a copy of that written notification;

25

26

1

1     3.     The Board of Pershing County Commissioners shall, upon receipt of an

2   application from Black Rock City, LLC, hold a hearing regarding the application in

3   accordance with NRS 244.3544;

4     4.     The Board of Pershing County Commissioners shall provide the minutes

5   from the hearing held on the Application from Black Rock City, LLC, to the Court;

6     5.     The Board of Pershing County Commissioners shall comply with the other

7   provisions under NRS Chapter 244 in relation to outdoor festivals;

8     6.     The Board of Pershing County Commissioners shall notify Black Rock City,

9   LLC, in writing that following the 2012 event, the Pershing County Board of

10  Commissioners will no longer comply with any contractual provisions that exempts the

11

12  Burning Man Event from the County Outdoor Festival Ordinance enacted pursuant to NRS

13  244.345;

14     7.     The Board of Pershing County Commissioners shall provide the Court a

15  copy of the written notification to Black Rock City, LLC regarding the written notice

16  that the Board will no longer comply with any contractual provisions that exempts the

17  Burning Man Event from the County Outdoor Festival Ordinance; and

18     8.     The Board of Pershing County Commissioners shall refrain from allowing

19  any agreements which would exempt any outdoor assembly from the requirement that

20  the organizers of the assembly comply with the outdoor assembly provisions found in

21  NRS Chapter 244.

22  //

23  //

24  //

25  //

26

2

No other relief has been requested by the parties. Should further enforcement of the orders of the Court herein or other relief be required, either of the parties may file a Motion requesting such further enforcement as needed to carry out the provisions of this Judgment.

DATED THIS 24th DAY OF MAY, 2012.

SIXTH JUDICIAL DISTRICT COURT


HON. RICHARD A. WAGNER
DISTRICT COURT JUDGE

3