RICHARD L. ELMORE, NSB #1405
TAMARA REID, NSB #9840
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
T:  (775) 327-3000 / Fax: (775) 786-6179
Email treid@hollandhart.com

TERRY GROSS *(pro hac vice pending)*
ADAM C. BELSKY *(pro hac vice)*
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA  94104
T:  (415) 544-0200 / Fax: (415) 544-0201
Email: terry@gba-law.com

ANNETTE L. HURST *(pro hac vice)*
KAREN G. JOHNSON-MCKEWAN *(pro hac vice)*
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
T:  (415) 773-5700 / Fax: (415) 773-5759
Email: ahurst@orrick.com

ROBERT P. REZNICK *(pro hac vice)*
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
T: (202) 339-8400 / Fax: (202) 339-8500
Email: rreznick@orrick.com

*Attorneys for Plaintiff Black Rock City LLC*

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLACK ROCK CITY, LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>PERSHING COUNTY BOARD OF COMMISSIONERS, et al.,<br><br>                              and<br><br>PAT IRWIN, in his official capacity as Chairman, Pershing County Board of Commissioners;<br><br>                              and<br><br>CAROL SHANK, in her official capacity as Vice-Chairman, Pershing County Board Of Commissioners; | **CASE NO.:  3:12-cv-00435-RCJ-VPC**<br><br>ORDER GRANTING IN PART DENYING IN PART STIPULATION TO CONTINUE TRIAL DATE<br><br><br>**CASE NO.: 3:12-cv-00435-RCJ-VPC**<br><br><br>**TITLE** |

1

and

DARIN BLOYED, in his official capacity as a
Pershing County Commissioner;

and

JAMES SHIRLEY, in his official capacity
as District Attorney, Pershing County,
Nevada;

and

RICHARD MACHADO, in his official
capacity as Sheriff, Pershing County, Nevada,

Defendants.

In accordance with and pursuant to the Federal Rules of Civil Procedure, Plaintiff Black Rock City, LLC, and Defendants, Pershing County Board of County Commissioners, Pat Irwin, Carol Shank, Darin Bloyed, James Shirley and Richard Machado, through their undersigned counsel, hereby stipulate and agree as follows:

1.      At a Case Management Conference (CMC) conducted on January 8, 2013, the parties were informed that the trial in this matter was set for Tuesday, September 24, 2013 at 8:30 a.m.  At the time of the CMC, counsel for all Parties expressed their concerns and conflicts regarding the selected trial date as all counsel believed a trial date in 2014 was appropriate, given the timing of the 2013 Burning Man Event and the amount of discovery necessary, and counsel were advised to obtain a new trial date from the Court.  [Doc. 42]

2.      The 2013 Burning Man Event is scheduled to run from August 26, 2013 to September 2, 2013.  However, the preparation leading up to the opening of the event and the time commitment required to close the event is substantial.  With the current trial date only three weeks after the event, the Parties anticipate scheduling problems for several parties and third-party witnesses involved in the event.

///

///

///

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

2

3.       In addition to the conflict with the timing of the 2013 Burning Man Event, the parties have concurrently stipulated to extend discovery deadlines because the parties are currently engaging in settlement discussions.  The Parties participated in an all-day mediation on April 4, 2013.  Although no resolution was reached as a result of this initial mediation, the Parties have agreed to continue negotiating a potential settlement of this matter.  Based on proposals exchanged on April 4, 2013, the Parties have to involve a third-party in their continuing settlement negotiations.

4.       The Parties have also encountered certain delays with respect to discovery. These delays were due to difficulties Defendants encountered in responding to requests for production, which delayed the date of production for almost a month, and the parties are in the process of meeting and conferring as to the sufficiency of these responses.  As a result, depositions had originally been set for February 2013, had to be continued for several months due to the unavailability of the witnesses, the issues concerning the production of documents and to accommodate the April 4, 2013 mediation.

5.       The parties' stipulation to extend discovery deadlines will enable all discovery to be completed efficiently, but discovery and necessary motion practice cannot be completed in time for the current trial date of September 24, 2013.

6.       Due to the problems stated herein, the parties hereby stipulate and agree to vacate the current trial date of September 24, 2013 and continue the trial to an available date in March 2014.

ORDER

IT IS HEREBY ORDERED that the parties request to vacate the current trial date of September 24, 2013 and continue the trial to an available date in March 2014 is GRANTED in PART and DENIED in part.

IT IS FURTHER ORDERED that the current trial date of September 24, 2013 is continued to Tuesday, November 19, 2013 at 8:30 A.M.

IT IS FURTHER ORDERED that Calendar Call is set for Tuesday November 12, 2013 at 8:30 A.M., in Reno Courtroom 6, before Chief Judge Robert C. Jones.

IT IS SO ORDERED this 10th day of July, 2013.

_____
ROBERT C. JONES
Chief Judge

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511