**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BLACK ROCK CITY, LLC, | ) | 3:12-CV-0435-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 3, 2013 |
| PERSHING COUNTY BOARD OF COMMISSIONERS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Honorable Richard A. Wagner ("Judge Wagner") filed an *ex parte* motion for order shortening time for plaintiff to oppose Judge Wagner's motion to quash subpoena to testify at a deposition and to produce documents (#84).

This *ex parte* motion does not comport with the Local Rules of the District Court for the District of Nevada. LR 7-5 governs *ex parte* and emergency motions. Judge Wagner's motion does not include a statement showing good cause why the matter was submitted to the court without notice to all parties. LR 7-5(b). *Ex parte* motions may be submitted only for compelling reasons, and not for unopposed or emergency motions. LR 7-5(c). LR 7-5(d) outlines the procedure for judicial assistance in resolving emergency disputes.

Based upon the foregoing, Judge Wagner's *ex parte* motion (#84) is **DENIED**. Judge Wagner has leave to file an emergency motion which comports with LR 7-5(d).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
       Deputy Clerk