**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLACK ROCK CITY LLC, ) | 3:12-cv-00435-HDM-VPC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| PERSHING COUNTY BOARD OF ) | |
| COMMISSIONERS, PAT IRWIN, CAROL ) | |
| SHANK, DARIN BLOYED, JAMES ) | |
| SHIRLEY, and RICHARD MACHADO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On March 2, 2016, the Ninth Circuit entered its decision on appeal and remanded this action with instructions to assign the case to a different judge with directions that the newly assigned judge vacate Judge Jones' order and judgment of January 6, 2014. On April 1, 2016, this action was reassigned to the undersigned. In accordance with the Ninth Circuit decision, the order and judgment of Judge Jones entered on January 6, 2014 (#104 & #105) are hereby **VACATED**. All of the parties filed a stipulation for

1

dismissal on November 25, 2013, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Therefore, this action was dismissed with prejudice without a court order on November 25, 2013.  Accordingly, the clerk of court shall show this action as dismissed with prejudice.

    IT IS SO ORDERED.

    DATED: This 6th day of April, 2016.

                                    */s/ Howard D. McKibben*
                                    UNITED STATES DISTRICT JUDGE